ORIGINAL

FLORENCE T. NAKAKUNI        #2286
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2012

at____o'clock and____min____M
SUE BEITIA, CLERK

BEVERLY WEE SAMESHIMA        #2556
Chief, Drugs and Organized Crime Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00506 DAE |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 846, |
| | ) | 841(a)(1), 841(b)(1)(A); |
| FOUINA C. TOILOLO,      (01) | ) | 18 U.S.C. § 2] |
|    a/k/a "Flex," | ) | |
| ALOALII TOOTOO,      (02) | ) | |
|    a/k/a "Al," | ) | |
|    a/k/a "Tow truck," | ) | |
| KAISA TAI,      (03) | ) | |
| LOUIS TAI,      (04) | ) | |
|    a/k/a "Lou," | ) | |
| HARRY AKANA,      (07) | ) | |
| DANIEL FOLA,      (08) | ) | |
| WALTER DOMINGUEZ,      (10) | ) | |
|    a/k/a "W," | ) | |
|    a/k/a "Paisa," | ) | |
|    a/k/a "LUK 135," | ) | |
| LARRY HOOHENO CHUNG,      (11) | ) | |
|    a/k/a "Heno," | ) | |
|    a/k/a "H," | ) | |
|    a/k/a "True Religion," | ) | |
| LLOYD TALIA,      (12) | ) | |
|    a/k/a "Young," | ) | |
|    a/k/a "Y," | ) | |

```
SIFATUTUPU FUAMATU,      (13) )
     a/k/a "Sis,"              )
     a/k/a "Tupu,"             )
     a/k/a "Tzoops,"           )
FALEFIA FUAMATU,        (14) )
     a/k/a "Maika,"            )
     a/k/a "Hands,"            )
                              )
               Defendants.    )
_____)
```

## SECOND SUPERSEDING INDICTMENT

### COUNT 1

The Grand Jury charges that:

From a time unknown to the Grand Jury but by at least
on or about October 3, 2008, up through and including on or about
March 27, 2012, in the District of Hawaii and elsewhere,
defendants FOUINA C. TOILOLO, a/k/a "Flex," ALOALII TOOTOO, a/k/a
"Al," a/k/a "Tow truck," KAISA TAI, LOUIS TAI, a/k/a "Lou,",
HARRY AKANA, DANIEL FOLA, WALTER DOMINGUEZ, a/k/a "W," a/k/a
"Paisa," a/k/a "LUK 135," LARRY HOOHENO CHUNG, a/k/a "Heno,"
a/k/a "H," a/k/a "True Religion," LLOYD TALIA, a/k/a "Young,"
a/k/a "Y," SIFATUTUPU FUAMATU, a/k/a "Sis," a/k/a "Tupu," a/k/a
"Tzoops," FALEFIA FUAMATU, a/k/a "Maika," a/k/a "Hands," and
others known and unknown to the Grand Jury, knowingly and
intentionally conspired to distribute and to possess with the
intent to distribute fifty (50) grams or more, to wit,
approximately 400 pounds of methamphetamine, its salts, isomers
and salts of its isomers, a Schedule II controlled substance, in

2

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>OVERT ACTS</u>

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1.    In or about March, 2009, a cooperating individual received one (1) pound of methamphetamine from FOUINA C. TOILOLO, a/k/a "Flex," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was then provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

2.    In or about May, 2009, a cooperating individual received two (2) pounds of methamphetamine from FOUINA C. TOILOLO, a/k/a "Flex," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was later provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

3.    On or about July 18, 2009, a cooperating individual received one and a half (1.5) pounds of methamphetamine from FOUINA C. TOILOLO, a/k/a "Flex," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was then provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

4.   On or about August 15, 2009, a cooperating individual received one (1) pound of methamphetamine from FOUINA C. TOILOLO, a/k/a "Flex," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was later provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

5.   On or about December 15, 2009, a cooperating individual received one (1) pound of methamphetamine from LOUIS TAI, a/k/a "Lou," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was later provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

6.   On or about February 23, 2010, a cooperating individual received four (4) pounds of methamphetamine from LOUIS TAI, a/k/a "Lou," which was supplied by WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and was later provided to ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," for distribution.

7.   On or about May 24, 2010, a cooperating individual met with ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," and collected $5,000 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.

8.   On or about May 27, 2010, a cooperating individual met with ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," and collected $10,000 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.

9.   On or about June 1, 2010, a cooperating individual met with ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," and collected $6,005 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.

10.   On or about June 1, 2010, a cooperating individual met with KAISA TAI and paid him $21,005 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.

11.   On or about June 22, 2010, a cooperating individual met with KAISA TAI and paid him $8,000 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.

12. On or about July 28, 2010, a cooperating individual met with KAISA TAI and paid him $5,000 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.  The cooperating individual asked KAISA TAI about purchasing one pound of methamphetamine from co-conspirator JOHN TAI, charged elsewhere.

13.   On or about August 30, 2010, a cooperating individual met with co-conspirator JOHN TAI, charged elsewhere, and paid him $15,500 as partial payment for the four (4) pounds of methamphetamine distributed on February 23, 2010.  The cooperating individual then negotiated with co-conspirator JOHN TAI, charged elsewhere, to purchase a pound of methamphetamine.

Later that day, co-conspirator JORDON FONOTI, charged elsewhere, delivered the pound of methamphetamine to the cooperating individual.

14.   On or about September 28, 2010, a cooperating individual met with co-conspirator JORDAN FONOTI, charged elsewhere, and paid him $10,000 as partial payment for the one (1) pound of methamphetamine that was distributed on August 30, 2010.

15.   On or about October 20, 2010, a cooperating individual met with LOUIS TAI, a/k/a "Lou," and paid him $7,000 as partial payment for the one (1) pound of methamphetamine distributed on August 30, 2010.

16.   On or about November 22, 2010, a cooperating individual met with co-conspirator JORDAN FONOTI, charged elsewhere, and paid him $5,000 as partial payment for the one (1) pound of methamphetamine distributed on August 30, 2010.

17.   On or about December 10, 2010, a cooperating individual met with co-conspirator JORDAN FONOTI, charged elsewhere, and paid him $5,000 as partial payment for the one (1) pound of methamphetamine that was distributed on August 30, 2010.

18.   On or about May 28, 2011, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," sent approximately 174 pounds of methamphetamine, its salts, isomers, and salts of its isomers to defendant LARRY HOOHENO CHUNG, a/k/a

"Heno," a/k/a "H," a/k/a "True Religion," for distribution in Hawaii.

19.   On or about September 18, 2011, defendant FALEFIA FUAMATU, a/k/a "Maika," a/k/a "Hands," flew to Los Angeles, California from Honolulu, Hawaii and delivered $350,000 in drug proceeds to defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135."

20.   On or about September 19, 2011, defendant SIFATUTUPU FUAMATU, a/k/a "Sis," a/k/a "Tupu," a/k/a "Tzoops," flew to Los Angeles, California from Honolulu, Hawaii and delivered $604,075 in drug proceeds to defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135."

21.   On or about September 24, 2011, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa,", a/k/a "LUK 135," sent approximately 29 pounds of methamphetamine, its salts, isomers, and salts of its isomers to defendant LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," for distribution in Hawaii.

22.   On or about September 30, 2011, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," sent approximately 28 pounds of methamphetamine, its salts, isomers, and salts of its isomers to defendant LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," for distribution in Hawaii.

23.   On or about October 14, 2011, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," sent approximately 99 pounds of methamphetamine, its salts, isomers, and salts of its isomers to defendant LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," for distribution in Hawaii.

24.   On or about November 5, 2011, defendants SIFATUTUPU FUAMATU, a/k/a "Sis," a/k/a "Tupu," a/k/a "Tzoops," and FALEFIA FUAMATU, a/k/a "Maika," a/k/a "Hands," flew to Los Angeles, California from Honolulu, Hawaii and delivered $554,000 in drug proceeds to defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135."

25.   On or about November 18, 2011, defendants LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," and LLOYD TALIA, a/k/a "Young," a/k/a "Y," delivered $80,000 in drug proceeds to a confidential informant.

26.   On or about January 12, 2012, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," sent approximately 60 pounds of methamphetamine, its salts, isomers, and salts of its isomers to defendant LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," for distribution in Hawaii.

8

27.   On or about January 12, 2012, defendant WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," paid $159,970 in drug proceeds to a confidential informant.

28.   On or about March 27, 2012, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion," possessed approximately 118 pounds of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges that:

In or about March, 2009, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," FOUINA C. TOILOLO, a/k/a "Flex," and ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately one (1) pound of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 3

The Grand Jury further charges that:

In or about May, 2009, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," FOUINA C. TOILOLO, a/k/a "Flex," and ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately two (2) pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 4

The Grand Jury further charges that:

On or about July 18, 2009, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," FOUINA C. TOILOLO, a/k/a "Flex," ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," HARRY AKANA, and DANIEL FOLA did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately one and a half (1.5) pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

10

COUNT 5

The Grand Jury further charges that:

On or about August 15, 2009, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," FOUINA C. TOILOLO, a/k/a "Flex," and ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately one (1) pound of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 6

The Grand Jury further charges that:

On or about December 15, 2009, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," LOUIS TAI, a/k/a "Lou,", and ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately one (1) pound of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 7

The Grand Jury further charges that:

On or about February 23, 2010, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," LOUIS TAI, a/k/a "Lou,", and ALOALII TOOTOO, a/k/a "Al," a/k/a "Tow truck," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately four (4) pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 8

The Grand Jury further charges that:

On or about August 30, 2010, in the District of Hawaii and elsewhere, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LOUIS TAI, a/k/a "Lou," did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 443.6 grams of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

12

COUNT 9

The Grand Jury further charges that:

On or about May 28, 2011, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 174 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 10

The Grand Jury further charges that:

On or about September 24, 2011, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 29 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 11

The Grand Jury further charges that:

On or about September 30, 2011, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 28 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 12

The Grand Jury further charges that:

On or about October 14, 2011, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 99 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 13

The Grand Jury further charges that:

On or about January 12, 2012, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 60 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 14

The Grand Jury further charges that:

On or about March 27, 2012, in the District of Hawaii, defendants WALTER DOMINGUEZ, a/k/a "W," a/k/a "Paisa," a/k/a "LUK 135," and LARRY HOOHENO CHUNG, a/k/a "Heno," a/k/a "H," a/k/a "True Religion,"  did knowingly and intentionally possess with intent to distribute fifty (50) grams or more, to wit, approximately 118 pounds of methamphetamine, its salts, isomers and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(A), and Title 18, United States Code, Section 2.

//

//

DATED: May 16, 2012, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Chief, Drug and Organized Crime Section

JONATHAN M. F. LOO
Assistant U.S. Attorney

UNITED STATES vs. TOILOLO, ET AL.
Cr. No. 11-00506 DAE
"Indictment"

16